AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

United States of America
v.
HARENDRA SINGH, also known as "H. Singh"

*Defendant*

Case No. **CR 15 450 HURLEY, J. LOCKE, M. J.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 08 2015 ★
LONG ISLAND OFFICE

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HARENDRA SINGH, also known as "H. Singh",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States, in violation of 18 USC §§ 371 & 3551; Obstructing and Impeding the Due Administration of Internal Revenue Laws, in violation of 26 USC § 7212(a), 18 USC §§ 2 & 3551; Honest Services Wire Fraud and Conspiracy, in violation of 18 USC §§ 1343, 1346, 1349 2 & 3551; Bribery, in violation of 18 USC §§ 666(a)(2), 2 & 3551; Disaster Fraud, in violation of 18 USC §§ 1040(a)(2), (b)(3), 2 & 3551; Conspiracy to Defraud the United States - Disaster Relief Claims, in violation of 18 USC §§ 286 and 3551; Evidence Tampering, in violation of 18 USC §§ 1512(c)(1), 2 & 3551; and Obstruction of Justice, in violation of 18 USC §§ 1512(c)(2), 2 & 3551.

Date:   09/08/2015

*s/ Arlene R. Lindsay*

City and state:   Central Islip, New York

Hon. Arlene R. Lindsay
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   _____ Arresting officer's signature |
|    _____ Printed name and title |