AO 442 (Rev. 11/11) Arrest Warrant

FILED
CLERK
9/21/2015 10:41 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HARENDRA SINGH, also known as "H. Singh" | ) | Case No. |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 08 2015 ★
LONG ISLAND OFFICE

CR 15 450
HURLEY, J.
LOCKE, M. J.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HARENDRA SINGH, also known as "H. Singh",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States, in violation of 18 USC §§ 371 & 3551; Obstructing and Impeding the Due Administration of Internal Revenue Laws, in violation of 26 USC § 7212(a), 18 USC §§ 2 & 3551; Honest Services Wire Fraud and Conspiracy, in violation of 18 USC §§ 1343, 1346, 1349 2 & 3551; Bribery, in violation of 18 USC §§ 666(a)(2), 2 & 3551; Disaster Fraud, in violation of 18 USC §§ 1040(a)(2), (b)(3), 2 & 3551; Conspiracy to Defraud the United States - Disaster Relief Claims, in violation of 18 USC §§ 286 and 3551; Evidence Tampering, in violation of 18 USC §§ 1512(c)(1), 2 & 3551; and Obstruction of Justice, in violation of 18 USC §§ 1512(c)(2), 2 & 3551.

Date: 09/08/2015

_____
*Issuing officer's signature*

City and state: Central Islip, New York

Hon. Arlene R. Lindsay
*Printed name and title*

### Return

This warrant was received on *(date)* 9/8/15, and the person was arrested on *(date)* 9/9/15
at *(city and state)* _____.

Date: 9/15/15

_____
*Arresting officer's signature*

Special Agent Laura A. Spence
*Printed name and title*