**REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.**
ATTORNEYS AT LAW
200 VANDERBILT MOTOR PARKWAY, SUITE C-17
HAUPPAUGE, NEW YORK 11788

JAMES T. REYNOLDS
PETER R. CARONIA, LLC.
PAUL GIANELLI
ANTHONY M. LA PINTA

MICHAEL E. FEHRINGER
BRENDAN M. AHERN

TEL: 631.231.1199
FAX: 631.300.4380
www.rcgllaw.com

OF COUNSEL:

JOHN T. CATTERSON
CATHERINE E. MILLER
CHRISTOPHER J. PURCELL

**BY ECF**

December 14, 2015

Honorable Judge Sandra J. Feuerstein
Federal District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11788

    Re:    **USA v. Harendra Singh**
             Criminal Docket: 15-CR-00450-SJF

Dear Judge Feuerstein:

    Kindly accept this request for Mr. Singh to travel to Boston, Massachusetts from Friday, December 18, 2015 at 10:00am to Saturday, December 19, 2015 at 9:00pm. Mr. Singh is requesting permission to travel to pick up his son, Rajendra Singh, from Boston College, where he is a student.

    Mr. Singh will be lodging at:

The Courtyard by Marriott Boston Cambridge
777 Memorial Drive
Cambridge, MA 02129
617-492-7777

    The government does not oppose this application.

Honorable Judge Sandra J. Feuerstein      - 2 -      December 14, 2015

      Please contact me if you are in need of anything further to accommodate this request.

      Thank you.

Respectfully submitted,

ANTHONY M. LA PINTA

AML:vk

cc:    Lara Treinis-Gatz, (By ECF)
       Catherine Mirabile, Esq. (By ECF)
       Pre-Trial Services (By Email)
       Harendra Singh (By Email: HSingh@singhgroup.org)