

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM  *271 Cadman Plaza East*
F. #2015R01489  *Brooklyn, New York 11201*

January 13, 2016

By FedEx and ECF

Anthony M. LaPinta, Esq.
Reynolds, Caronia, Gianelli & LaPinta, P.C.
200 Vanderbilt Motor Parkway, Suite C-17
Hauppauge, New York 11788

        Re:    United States v. Harendra Singh
                Criminal Docket No. 15-450 (SJF)

Dear Mr. LaPinta:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Enclosed herein is a 4 TB desktop drive containing forensic images of the six items seized pursuant to the execution of the August 5, 2014 search warrant, software to open those images, and a text file noting what computers the images correspond. Specifically included are copies of: (1) the Server; (2) the Network Attached Storage Device ("NAS"); (3) Workstation multiple users; (4) 1 TB HDD attached to the Workstation multiple users; (5) Workstation user S.R.; and (6) Workstation user Harendra Singh. You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time. This disclosure supplements the government's prior disclosure of October 9, 2015 and October 22, 2015. The government also renews its request for reciprocal discovery from the defendant.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

    Very truly yours,

    ROBERT L. CAPERS
    United States Attorney

By:   /s/ Catherine M. Mirabile
    Catherine M. Mirabile
    Lara Treinis Gatz
    Raymond A. Tierney
    Assistant U.S. Attorneys

Enclosures

cc:    Clerk of the Court (SJF) (by ECF) (without enclosures)