# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>HARENDRA SINGH, also known as "H. Singh"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 15-CR-450 (SJF) |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 16 2015 ★

LONG ISLAND OFFICE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  HARENDRA SINGH, also known as "H. Singh"  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Release pursuant to 18 U.S.C. Section 3148(b)


Date: 12/16/2015

_____
*Issuing officer's signature*

City and state: Central Islip, New York        A. KATHLEEN TOMLINSON, USMJ
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____        _____<br>                                  *Arresting officer's signature*<br><br>                                  _____<br>                                  *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    HARENDRA SINGH, also known as "H. Singh"

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____