AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

U.S.A.
*Plaintiff*

v.   Case No. 15-CR-450(SJF)

Harendra Singh
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harendra Singh

Date: 02/09/2016

Denise E. Shanley
*Attorney's signature*

Denise E. Shanley 4395919
*Printed name and bar number*

200 Motor Parkway Suite C-17, Hauppauge NY
*Address*

shanleylaw@aol.com
*E-mail address*

631-291-9723
*Telephone number*

631-231-1344
*FAX number*