# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
ATTORNEYS AT LAW
200 VANDERBILT MOTOR PARKWAY, SUITE C-17
HAUPPAUGE, NEW YORK 11788

| | | |
|---|---|---|
| JAMES T. REYNOLDS<br>PETER R. CARONIA, LLC.<br>PAUL GIANELLI<br>ANTHONY M. LA PINTA<br><br>MICHAEL E. FEHRINGER<br>BRENDAN M. AHERN | TEL: 631.231.1199<br>FAX: 631.300.4380<br>www.rcgllaw.com | OF COUNSEL:<br><br>JOHN T. CATTERSON<br>CATHERINE E. MILLER<br>CHRISTOPHER J. PURCELL<br>DENISE E. SHANLEY |

**FILED VIA ECF**

February 9, 2016

The Honorable Sandra Feuerstein
United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY  11722-4454

    Re:  **USA v. Harendra Singh**
         CR 15-450 (SF)

Your Honor:

    Kindly allow this correspondence to serve as disclosure to the Court and the government that Denise E. Shanley, Esq., of counsel to my law firm, has recently filed a Notice of Appearance in this matter and will assist me in the defense of Mr. Singh.

    Ms. Shanley was previously employed by my firm from 2006 through 2007 before serving as a law clerk to United States District Court Judge Thomas Platt and, most recently, as one of your law clerks. While in your employ, I have been informed that Ms. Shanley did not work on Mr. Singh's case.

    Thank you for your attention to this important matter.

Respectfully submitted,

ANTHONY M. LA PINTA

AML:mm

cc:  Catherine M. Mirable, Esq. (via ECF)
     Lara Treinis-Gatz, Esq. (via ECF)
     Raymond A. Tierney, Esq. (via ECF)