AO 455 (Rev. 5/85) Waiver of Indictment

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ OCT 17 2016 ★
LONG ISLAND OFFICE

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Harendra Singh
also known as H. Singh

**WAIVER OF INDICTMENT**

CASE NUMBER: 15-450 (SJF)

I, Harendra Singh, the above named defendant, who is accused of conspiracy to commit federal program bribery and honest services wire fraud, federal program bribery, honest services fraud, and obstructing and impeding the due administration of the Internal Revenue laws

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/17/16 prosecution by information rather than by indictment.

Defendant: Harendra Singh

Counsel for Defendant: Anthony M. LaPinta, Esq.

Before: s/ Sandra J. Feuerstein
Judicial Officer