SEALED
D/F



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LTG

*610 Federal Plaza*
*Central Islip, New York 11722*

March 23, 2017

UNDERLINE SEAL
By Hand

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **MAR 23 2017** ★

LONG ISLAND OFFICE

The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
1014 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Harendra Singh
      Criminal Docket No. 15-450 (SJF)

Dear Judge Feuerstein:

Please accept this letter as a request to adjourn the sentencing in the above-referenced matter from March 30, 2017 until March 29, 2018 as, in January 2018, the defendant is scheduled to testify at the trial of United States v. Edward Mangano, et al, 16-CR-540.

Thank you for your consideration of this request.

**Order**
The application is:  1/31/2018 At 11:15 AM

___ ✓ granted

___ denied

___ referred to **Magistrate Judge**_____ **for**
        decision
        and recommendation

        s/ Sandra J. Feuerstein

        3/23/2017

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:

Lara Treinis Gatz
Catherine M. Mirabile
Raymond A. Tierney
Assistant U.S. Attorneys
(631) 715-7913/7850/7849

cc:   Anthony M. LaPinta, Esq.